**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1856**

_____

MICHAEL L. PACK,

Plaintiff - Appellant,

versus

JAMES R. BENJAMIN, JR.,

Defendant - Appellee.

_____

**No. 07-1890**

_____

MICHAEL L. PACK,

Plaintiff - Appellant,

versus

MARSDEN, BOTARIS & SELEDEE,

Defendant - Appellee.

_____

**No. 07-1928**

_____

MICHAEL L. PACK,

Plaintiff - Appellant,

versus

BANK OF AMERICA,

                                    Defendant - Appellee.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz; Catherine C. Blake, District Judges.  (1:07-cv-00715-JFM; 1:07-cv-02057-CCB; 1:07-cv-02058-JFM)

_____

Submitted:  October 24, 2007        Decided:  November 26, 2007

_____

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael L. Pack, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael L. Pack appeals district court orders summarily dismissing his complaints. In No. 07-1856, Pack has filed an untimely notice of appeal and we dismiss the appeal for lack of jurisdiction. In Nos. 07-1890 and 07-1928, we dismiss the appeals as frivolous.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

In No. 07-1856, the district court's order was entered on the docket on March 28, 2007. The notice of appeal was filed on August 30, 2007. Because Pack failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

In Nos. 07-1890 and 07-1928, the district court dismissed without prejudice Pack's complaints for failing to state a claim. We agree with the reasoning of the district court and dismiss the appeals as frivolous. See Pack v. Marsden, Botaris & Seledee, No.

1:07-cv-02057-CCB (D. Md. Sept. 6, 2007); <u>Pack v. Bank of America</u>, No. 1:07-cv-02058-JFM (D. Md. Sept. 11, 2007).

Accordingly, we dismiss No. 07-1856 for lack of jurisdiction and dismiss as frivolous Nos. 07-1890 and 07-1928. We warn Pack that if he continues to abuse the judicial system by filing frivolous appeals, we will consider enjoining Pack from filing any other appeals without first getting leave from the district court that the appeal is not frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>